# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO VALDEZ AGUAYO, et al., | Case No. 1:25-cv-00081-KES-SAB |
| Plaintiffs, | ORDER GRANTING WITHDRAWAL OF ATTORNEY AND DIRECTING CLERK OF COURT TO TERMINATE ELIZABETH ANN LAROCQUE AS ATTORNEY OF RECORD FOR PLAINTIFFS |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | (ECF No. 14) |

On April 17, 2026, a notice of withdrawal of Elizabeth Ann LaRocque as counsel for Plaintiffs was filed. Other counsel from the law firm of Strategic Legal Practices remains as counsel of record for Plaintiffs.

Accordingly, IT IS HEREBY ORDERED that:

1.    The request to withdraw Elizabeth Ann LaRocque as counsel is GRANTED; and

2.    The Clerk of the Court is DIRECTED to terminate Elizabeth Ann LaRocque as attorney for Plaintiffs.

IT IS SO ORDERED.

Dated:    **April 20, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge