UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Valed Aguayo and Silvia G. Valdez<br><br>Plaintiff,<br><br>v.<br><br>Ford Motor Company, et al<br><br>Defendant. | Case No. 1:25-cv-0081-KES-SAB<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 07/08/2026.

July 08, 2026

KEITH HOLLAND, CLERK

By: /s/ R. Gonzalez,
Deputy Clerk