# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO VALDEZ AGUAYO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>Defendants. | Case No. 1:25-cv-00081-KES-SAB<br><br>ORDER REGARDING STIPULATION TO CONTINUE DEADLINE TO FILE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES<br><br>(ECF No. 22) |

Pending before the Court is a stipulation from the parties seeking a continuance of the deadline for Plaintiffs to file a motion for attorney's fees. For good cause shown, the Court hereby approves the stipulation and ORDERS that Plaintiffs shall have through **October 12, 2026**, to file such a motion.

IT IS SO ORDERED.

Dated: **July 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge